UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAYTON LEBAR, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-08-0072
:
BRIAN THOMPSON, : (Judge Kosik)
:
    Respondent :

## ORDER

**AND NOW, THIS** 13th **DAY OF MAY, 2013,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **denied**.

2. The Clerk of Court is directed to **close this case**.

3. There is no basis for the issuance of a certificate of appealability in this matter.

EDWIN M. KOSIK
United States District Judge