UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DAYTON LEBAR,

    Petitioner

v.

BRIAN THOMPSON,

    Respondent

CIVIL NO. 3:CV-08-0072

(Judge Kosik)

## ORDER

**NOW, THIS** 4th **DAY OF OCTOBER, 2013**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** Petitioner's Objections/Motion for Reconsideration (Doc. 78) is **denied**.

EDWIN M. KOSIK
United States District Judge